IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARTIN DAILEY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-12-3027 |
| § | |
| SHINTECH INC. and MICHELLE § | |
| HICKNER, § | |
| § | |
| Defendants. § | |

## ORDER

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated July 11, 2014, and the objections filed thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by the court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by the court.

Docket Call will be held on September 12, 2014, at 3:00 p.m., in Courtroom 9-B, 9th Floor, United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002. The parties are **ORDERED** to file the Joint Pretrial Order by September 5, 2014.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, on this the 30th day of July, 2014.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE